## Renaut's Appeal.

Appeal No. 15, Feb. T., 1897.

OPINION BY WILLARD, J., March 17, 1897:

For the reasons this day filed in Gebhart's Appeal, No. 14, February term, 1897, the decree of the court below is affirmed and the appeal in this case dismissed at the cost of the appellant.

---

## Evan's Appeal.

Appeal, No. 16, Feb. T., 1897.

OPINION BY WILLARD, J., March 17, 1897:

For the reasons this day filed in Gebhart's Appeal, No. 14, February term, 1897, the decree of the court below is affirmed and the appeal in this case dismissed at the cost of the appellant.

---

## Kramer's Appeal.

Appeal, No. 17, Feb. T., 1897.

OPINION BY WILLARD, J., March 17, 1897:

For the reasons this day filed in Gebhart's Appeal, No. 14, February term, 1897, the decree of the court below is affirmed and the appeal in this case dismissed at the cost of the appellant.

---

## Bay's Appeal.

Appeal, No. 18, Feb. T., 1897.

OPINION BY WILLARD, J., March 17, 1897:

For the reasons this day filed in Gebhart's Appeal, No. 14, February term, 1897, the decree of the court below is affirmed and the appeal in this case dismissed at the cost of the appellant.